**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Coach, Inc., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Realeza Michoacana, LLC, et al.,<br><br>　　　　Defendants. | No. CV-12-00889-PHX-PGR<br><br>ORDER |

The parties having filed a Stipulation for Dismissal as to Defendant Realeza Michoacana, LLC Only (Doc. 24) which is sufficient to automatically effectuate the dismissal with prejudice of all claims against defendant Realeza Michoacana, LLC pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

IT IS ORDERED that the Clerk of the Court shall terminate defendant Realeza Michoacana, LLC from this action.

IT IS FURTHER ORDERED that the Scheduling Conference set for October 15, 2012 is vacated in light of Plaintiffs' Notice of Settlement (Doc. 25) regarding the remaining defendants.

IT IS FURTHER ORDERED that a status hearing regarding the effectuation of the settlement shall be held on **Monday, November 19, 2012, at 11:30 a.m.**, in Courtroom 601, to be automatically vacated upon the prior filing of a stipulation for dismissal.

IT IS FURTHER ORDERED that all future documents filed with the Court must comply with the caption capitalization requirement of LRCiv 7.1(a)(3).

DATED this 10th day of October, 2012.

Paul G. Rosenblatt
United States District Judge